## RECONSIDERATION OF PRIOR DECISIONS

**2004–0120. In re La. B.**
Cuyahoga App. No. 81981, 2003-Ohio-6852. Reported at 101 Ohio St.3d 1458, 2004-Ohio-703, 803 N.E.2d 830.

IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, granted.

[Cite as *03/23/2004 Case Announcements #2,* 2004-Ohio-1413.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 23, 2004*

## MOTION AND PROCEDURAL RULINGS

**2000–2119. State v. Yarbrough.**
Jefferson C.P. No. 99CR116. This cause is pending before the court as an appeal from the Common Pleas Court of Jefferson County. Sua sponte, the court orders the parties to brief the following issue:

"Did the trial court properly exercise subject matter jurisdiction under R.C. 2901.11 over the alleged killings that occurred outside of Ohio?"

Both the appellant and the appellee are to file their briefs within 15 days of the date of this entry. No responsive briefs may be filed, and no extensions of time will be permitted.

[Cite as *03/24/2004 Case Announcements,* 2004-Ohio-1293.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 24, 2004*

## MERIT DECISIONS WITHOUT OPINIONS

**2002–1692. State ex rel. Moran v. Indus. Comm.**
Franklin App. No. 01AP–1446, 2002-Ohio-4307. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–2222. State ex rel. Martin v. Tenth Dist. Court of Appeals.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.
PFEIFER, J., dissents and would grant an alternative writ.

**2003–2225. State ex rel. White v. Reed.**
In Mandamus. On motion to dismiss, motion to compel jurisdictional requisites of civil rights conspiracy, and motion to compel respondent to file civil conspiracy complaint. Motion to dismiss sustained. Cause dismissed. All other motions denied as moot.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.